**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| **JAMES SHERIDAN; NANCY SHERIDAN; DAVID C. BLISS; SANDRA R. BLISS; JOHN L. HILT; LINDA P. HILT; ALAN L. FANSLER; TERRI C. FANSLER; WAYNE E. MCCOLLUM; JANET F. MCCOLLUM; RICHARD C. ANDRESEN; MADELINE E. ANDRESEN; KEITH HARROLD; MARSHELLE HARROLD; SHERRE KENT, Individually and as the executor of the ESTATE OF JOSEPH A. KENT; GREG VAN BOXEL; LORI VAN BOXEL; DAVID D. HUNTING, JR.; MARILYN C. HUNTING; ALLEN I. HUNTING, JR.; CYNTHIA HUNTING; ALLEN I. HUNTING; HELEN J. HUNTING; JAMES F. HUNTING; JAMES INVESTMENTS LLC; KINNE INVESTMENTS LLC; QUALITY FUTURE INC.; SGII, INC.; THE DAVID C. BLISS & SANDRA R. BLISS LIVING TRUST; THE RICHARD C. ANDRESEN RESTATED TRUST; THE ALAN F. FANSLER LIVING TRUST; THE WAYNE E. MCCOLLUM LIVING TRUST; THE JOSEPH A. KENT TRUST; THE KEITH P. HARROLD TRUST; THE LORI A. VAN BOXEL TRUST; THE GREGORY A. VAN BOXEL TRUST; and FALCON HOLDING COMPANY,** | ) | **No.** |
| **Plaintiffs,** | ) | |
| **v.** | ) | |
| **NEW VISTA, L.L.C.; AIG INTERNATION, INC.; BDO SEIDMAN, L.L.P.; SENTINEL ADVISORS, LLC; FX OPPORTUNITIES LLC; SAFRA NATIONAL BANK OF NEW YORK; CURTIS, MALLET-PREVOST, COLT & MOSLE, LLP; ARI BERGMANN; BANQUE SAFRA-LUXEMBOURG S.A.; SMITA CONJEEVARAM; WILLIAM L. BRICKER, JR.; JOHN PRIDNIA; JAMES WERTZ; CHARLIE BEE; ADRIEN DICKER; RICHARD L. NOREEN; ROBERT GREISMAN; TERRANCE KELLY, DAVID JENSEN, LINCOLN FINANCIAL ADVISORS CORPORATION and JEFFREY HYMAN** | ) | |
| **Defendants.** | ) | |

**NOTICE OF REMOVAL**

LINCOLN FINANCIAL ADVISORS ("LINCOLN"), one of the Defendants herein, by its attorneys, Donald A. Murday and Chittenden, Murday & Novotny LLC, and Susan B. Flakne and Pawlowski, Flakne & Reens, P.L.C., in accordance with 28 U.S.C. §1446, submits this Notice of Removal for removal of this action from the Circuit Court for the County of Kent to the United States District Court for the Western District of Michigan, pursuant to 28 U.S.C. §1441(b).

In support of its Notice of Removal, LINCOLN states:

1. Plaintiffs' First Amended Complaint (the "Complaint') was filed on or about April 20, 2005, in the Circuit Court of the County of Kent as Case No. 05-2577-cb. LINCOLN was not a party to the original Complaint, which, on information and belief, was filed on March 14, 2005.

2. The Summons and Complaint were first served on LINCOLN, via its registered agent, on May 20, 2005.

3. This Notice of Removal is being filed within thirty (30) days after the date that LINCOLN's agent for service of process was first served with the Summons and Complaint setting forth Plaintiffs' claims for relief against LINCOLN.

4. Defendants NEW VISTA, L.L.C., AIG INTERNATIONAL, INC., BDO SEIDMAN, L.L.P., SENTINEL ADVISORS, LLC, FX OPPORTUNITIES LLC, SAFRA NATIONAL BANK OF NEW YORK, CURTIS, MALLET-PREVOST, COLT & MOSLE, LLP, ARI BERGMANN, BANQUE SAFRA-LUXEMBOURG S.A., SMITA CONJEEVARAM, WILLIAM L. BRICKER, JR., JOHN PRIDNIA,, JAMES WERTZ, RICHARD L. NOREEN, ROBERT GREISMAN, DAVID DIMUZIO, TERRANCE KELLY, DAVID JENSEN, and JEFFREY HYMAN all consent to LINCOLN's removal of this matter to federal court. True and correct copies of their Consents are attached hereto as Exhibit 1. On information and belief, defendant CHARLIE BEE was served the Complaint on June 17, 2005, and

therefore has 30 days in which to join in this removal. *See Brierly v. Alusuisse Flexible Packaging, Inc.*, 184 F.3d 527, 533 (6th Cir. 1999). *See also Harper v. AutoAlliance International Inc.*, 392 F.3d 195,202 (6th Cir. 2004). On information and belief, Defendant ADRIEN DICKER has not yet been served with the Complaint.

5. The action is a civil action of which this Court has original jurisdiction under Title 28 U.S.C. §1331 and LINCOLN is entitled to remove to this Court pursuant to 28 U.S.C. §1441(b) in that the allegations of Plaintiff's Complaint raise substantial disputed issues of federal tax law and implicate a substantial federal interest in construing tax law. *See Grable & Sons Metal Products Inc. v. Darue Engineering & Manufacturing*, No. 04-603, 2005 WL 1383604 (U.S., June 13, 2005) (attached hereto as Exhibit 2).

6. In accordance with 28 U.S.C. §1446(a), LINCOLN states that the following documents constitute all the process, pleadings and orders served upon it:

a. Service of Process Transmittal Letter;
b. Summons;
c. First Amended Complaint.

True and correct copies of the aforementioned documents are attached hereto and made a part hereof as Exhibits 3, 4, and 5, respectively.

7. A true and correct copy of this Notice of Removal shall be filed with the Clerk of the Circuit Court of the County of Kent, in accordance with 28 U.S.C. §1446(d).

**DATED: June 20, 2005**

Respectfully submitted,

**LINCOLN FINANCIAL ADVISORS**

By:____________________________________
One of its Attorneys

Donald A. Murday
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street, Suite 1400
Chicago, Illinois 60606
(312) 281-3600
(312) 281-3678 (fax)

Susan B. Flakne
PAWLOWSKI, FLACKNE & REENS, P.L.C.
650 Frey Building, 300 Ottawa N.W.
Grand Rapids, Michigan 49503-2306
O:\LI1220\40512-SHERIDAN\PLDGS\FEDERALREMOVAL.DOC

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that this Notice of Removal and its Notice of Filing were served upon the attorneys listed on the attached service list via U.S. Mail this **20th** day of **June, 2005.**

______________________________________